IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PAUL KAI TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY, CASCADE COUNTY DETENTION CENTER, COMMANDER O'FALLEN, BOB EDWARDS, C/Os BENNETT, LIGHT, VANZOUT, TIBBETTS, GAMEON, and WALTERS,<br><br>Defendants. | CV 17-00139-GF-JTJ<br><br>Order |

Plaintiff Paul Taylor is proceeding in forma pauperis and without counsel. He is a former prisoner who has been released from custody. (Notice of Change of Address, Doc. 20.) On June 22, 2018, Defendants filed a motion for summary judgment arguing that this matter should be dismissed because Mr. Taylor failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act. 42 U.S.C. § 1997(e)(a). (Doc. 21.) On September 12, 2018, Defendants filed a Motion for Sanctions based upon Mr. Taylor failing to appear for his deposition. (Doc. 28.) On September 21, 2018, Defendants filed a motion in limine. (Doc. 28.) On September 27, 2018 and November 20, 2018, Defendants

1

filed Notices indicating that documents mailed to Mr. Taylor at his last known address were returned in the mail. (Docs. 30, 35.) Mr. Taylor has not responded to any of Defendants' motions.

The Local Rules for the District of Montana provide:

(b) Dismissal Due to Failure to Notify. The Court may dismiss a complaint without prejudice or strike an answer when:
(1) a document directed to the attorney or self-represented party by the court has been returned to the court as not deliverable; and
(2) the court fails to receive within 60 days of this return a written communication from the attorney or self-represented party indicating a current address for service.

L.R. 5.2(b). On October 17, 2018, this Court issued an order directing Mr. Taylor to show cause on or before November 9, 2018 why this matter should not be dismissed with prejudice for failure to prosecute. (Doc. 31.) That Order was returned as undeliverable. (Doc. 36.) Within the following 60-day period, and as of the date of this Order, Mr. Taylor has not provided the Court with a written notice informing it of his change of address.

Therefore, IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice pursuant to L.R. 5.2(b) and all pending motions shall be terminated.

DATED this 26th day of November, 2018.

                                        */s/ John Johnston*
                                        John Johnston
                                        United States Magistrate Judge